IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EUGENE LEMONDE WILLIAMS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JONES COUNTY SHERIFF'S OFFICE, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 5:12-CV-145 (MTT) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 11). Pursuant to 28 U.S.C. § 1915A(b)(1), the Magistrate Judge recommends dismissing Defendants Jones County Sheriff's Office, Officer Senn, Officer Skinner, and Sheriff Reese.[1] The Plaintiff has not filed an objection to the Recommendation.

Having read and considered the Recommendation, the Recommendation is adopted and made the order of this Court. Defendants Jones County Sheriff's Office, Senn, Skinner, and Reese are hereby dismissed from this action.

**SO ORDERED,** this 20th day of July, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Magistrate Judge ordered the Plaintiff's claims against Defendants Johnson, Jackson, and Royal to go forward.