IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EUGENE LEMONDE WILLIAMS, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-145 (MTT) |
| MELVIN KENNETH JOHNSON, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 40). The Magistrate Judge recommends the Defendants' motion for summary judgment (Doc. 29) be granted because the Plaintiff has failed to demonstrate a genuine issue of material fact regarding the Defendants' alleged use of excessive force and alleged deliberate indifference to his serious medical needs.

The Plaintiff filed an objection to the Magistrate Judge's recommendation. (Doc. 41). Pursuant to 28 U.S.C. 636(b)(1), the Court has considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Plaintiff has not produced sufficient evidence to permit a finding that the force used by the Defendants was excessive or that they were deliberately indifferent to his serious medical needs.

The Recommendation is adopted and made the order of this Court. The Defendants' motion for summary judgment is **GRANTED**.

**SO ORDERED,** this 13th day of August, 2013.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT